THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIOLA W. MYER, Respondent, *v.* ROBERT B. ADAM et al., as Grade Crossing Commissioners of the City of Buffalo, Appellants.

*People ex rel. Myer* v. *Adam,* 74 App. Div. 604, appeal dismissed.
(Argued December 1, 1902; decided December 16, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1902, which reversed a determination of the grade crossing commissioners of the city of Buffalo that the relator's lands were not injured so as to entitle her to compensation under the Grade Crossing Act.

*De Witt Clinton* and *Spencer Clinton* for appellants.

*Adolph Rebadow* for respondent.

Appeal dismissed, with costs, on the ground that while certiorari was properly taken to review the action of the grade crossing commissioners, nevertheless the return presents only a question of fact that the Appellate Division has passed upon and their decision cannot be reviewed in this court ; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.